

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00046-CV

Angel **SUAREZ**,
Appellant

v.

**UNIVISION RADIO CORPORATION**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-21079
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice

Delivered and Filed: June 5, 2019

DISMISSED FOR WANT OF PROSECUTION

By order dated April 30, 2019, appellant was ordered to show cause in writing by May 15, 2019, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order or file a brief in this appeal. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

The appeal filed by appellee Univision Radio Corporation is retained on the docket of the court. The clerk of the court is instructed to restyle this appeal as Univision Radio Corporation v. Angel Suarez. Univision Radio Corporation is ordered to provide written proof to this court no

later than two weeks from the date of this opinion that the fee for the preparation of the reporter's record has been paid. If Univision Radio Corporation does not provide written proof by the stated deadline, Univision Radio Corporation's brief will be due thirty days from the date of this opinion, and the court will only consider those issues or points raised in its brief that do not require a reporter's record for a decision. Costs of the appeal will be assessed upon final disposition of the appeal.

PER CURIAM